| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Irma Acevedo Fernandez<br>4710 S. Figueroa Street<br>Los Angeles, CA 90037<br><br>Phone: (323) 973-6381<br><br>Emails: logantorres615@gmail.com,<br>joselopezacevedo88@gmail.com<br><br><br><br>*Attorney for:* Debtor/Defendant Pro Se | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>IRMA ACEVEDO FERNANDEZ<br><br><br><br><br>Debtor(s). | CASE NO.: 2:22-bk-15889-DS<br><br>ADVERSARY NO.: 2:23-ap-01075-DS<br>(*if applicable*)<br><br>CHAPTER: 7 |
| GABRIELA CASTANON, ALEJANDRO ROMERO, LEONOR CARRILLO, ADAN CARRILLO<br><br><br>Plaintiff(s),<br><br>vs.<br><br>IRMA ACEVEDO FERNANDEZ a.k.a IRMA A. FERNANDEZ<br><br><br>Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:

   Irma Acevedo Fernandez - Pro Se


2. The name, address, telephone number, and email address of the new attorney are *(specify)*:

   Irma Acevedo Fernandez
   4710 S. Figueroa Street
   Los Angeles, CA 90037
   Phone (323) 973-6381      Emails: logantorres615@gmail.com, joselopezacevedo88@gmail.co

3. New attorney hereby appears in the following matters:    ☐ the bankruptcy case    ☒ the adversary proceeding

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.  The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:

Evan Livingstone, Wade Law Group, 262 E. Main Street, Los Gatos, CA 95030 Telephone: (408) 884-4018


Date:  10/16/0203

_____
Signature of party

Irma Acevedo Fernandez
_____
Printed name of party

_____
Signature of *second* party (if applicable)

_____
Printed name of *second* party (if applicable)

_____
Signature of *third* party (if applicable)

_____
Printed name of *third* party (if applicable)

_____
Signature of *fourth* party (if applicable)

_____
Printed name of *fourth* party (if applicable)


I consent to the above substitution.

Date:  10/16/2023


/s/Evan Livingstone
_____
Signature of present attorney

Evan Livingstone
_____
Printed name of present attorney

I am duly admitted to practice in this district.  The above substitution is accepted.

Date:  10/16/2023


_____
Signature of new attorney

_____
Printed name of new attorney


**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

_____

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 262 E. Main Street, Los Gatos, CA 95030


A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __11/16/2023__ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Clemente Franco <cfranco@cfrancolaw.com> for Plaintiffs Alejandro Romero, Gabriela Castanon, Adan and Leonor Carrillo
Elissa Miller (TR) <CA71@ecfcbis.com, MillerTrustee@gmlaw.com>
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/16/2023 | Evan Livingstone | /s/Evan Livingstone |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.